# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**327**
**CA 13-01251**
PRESENT: SMITH, J.P., FAHEY, PERADOTTO, CARNI, AND SCONIERS, JJ.

---

ROSE PARK PLACE, INC., COLUMN DEVELOPMENT, INC.,
E.L. FREEMAN ROAD, LLC, FRED HANANIA, MARY JO
LOBRUTTO AND ROGER PASQUARELLA,
CLAIMANTS-RESPONDENTS,

                    V                                    ORDER

STATE OF NEW YORK, DEFENDANT-APPELLANT.
(CLAIM NO. 114089.)
(APPEAL NO. 2.)

---

ERIC T. SCHNEIDERMAN, ATTORNEY GENERAL, ALBANY (OWEN DEMUTH OF
COUNSEL), FOR DEFENDANT-APPELLANT.

MAGAVERN MAGAVERN GRIMM LLP, BUFFALO (EDWARD J. MARKARIAN OF COUNSEL),
FOR CLAIMANTS-RESPONDENTS.

-------------------------------------------------------------------------------

     Appeal from an order of the Court of Claims (Michael E. Hudson,
J.), entered April 30, 2013.  The order denied the motion of defendant
to vacate a judgment entered September 14, 2012.

     It is hereby ORDERED that the order so appealed from is
unanimously affirmed without costs (*see Ciesinski v Town of Aurora*,
202 AD2d 984, 984).

Entered:  May 2, 2014                        Frances E. Cafarell
                                             Clerk of the Court